Doc-41578  Bk-DB  VI-6186  Pg-104



E-recorded

DOCKET#:41578     Type:ERX-Deed
PAGES:5

HONORABLE JAMES N. HOGAN
GLOUCESTER COUNTY CLERK
RECEIPT#: 858428    11:29:27 AM

10/30/2019
DB  6186  104

Fee:$    70.00

CONSIDERATION:$  60,375.00     Tax/Code: STANDARD UNDER 350K

---

| COUNTY: | 60.50 | STATE : | 151.25 |
| NJAHTF : | 0.00 | EAA : | 0.00 |
| PHPFA : | 30.25 | GEN PURP | 0.00 |
| 1% OVER: | 0.00 | | |

REALTY TOTAL: $   242.00

---

GRANTEE ADDRESS:   1505 BROAD RUN RD

LANDENBERG
PA-19350

DOCUMENT DATE: 08/01/2019

MUNICIPALITY: DEPTFORD   BLOCK: 425  LOT: 16

PARTIES:
  FIRST PARTY-THE BANK OF NEW YORK MELLON FKA THE BANK OF
  SECOND PARTY-CURTIS EDWARD BARLOW

Doc-41578  Bk-DB  Vl-6186  Pg-104



DOCKET#:41578      Type:ERX-Deed
PAGES:5

E-recorded

HONORABLE JAMES N. HOGAN
GLOUCESTER COUNTY CLERK
RECEIPT#: 858428     11:29:27 AM

10/30/2019
DB  6186  104

Fee:$    70.00

CONSIDERATION:$  60,375.00     Tax/Code: STANDARD UNDER 350K

| COUNTY: | 60.50 | STATE : | 151.25 |
| NJAHTF : | 0.00 | EAA : | 0.00 |
| PHPFA : | 30.25 | GEN PURP | 0.00 |
| 1% OVER: | 0.00 | | |

REALTY TOTAL: $   242.00

GRANTEE ADDRESS:   1505 BROAD RUN RD

LANDENBERG
PA-19350

DOCUMENT DATE: 08/01/2019

MUNICIPALITY: DEPTFORD  BLOCK: 425  LOT: 16

PARTIES:
  FIRST PARTY-THE BANK OF NEW YORK MELLON FKA THE BANK OF
  SECOND PARTY-CURTIS EDWARD BARLOW

Prepared by: Mary L. Harbert-Bell, Esquire                    (For Recorder's Use Only)

# Deed

This Deed is made on _____ 8.1 _____, 2019
**BETWEEN**
The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset Backed Certificates, Series 2007-13, by NewRez LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, as Attorney-in-Fact by Power of Attorney dated April 12, 2019 and recorded June 18, 2019 in Book DB 6106, Page 174 in the Gloucester County Clerk's/Register's Office
**Whose post office address is**
2001 Ross Avenue, Suite 2800, Dallas, TX 75201
Referred to as the **Grantor**,

**AND**
Curtis Edward Barlow
**Whose post office address is**
1505 Broad Run Road, Landenberg, PA 19350
Referred to as the **Grantee**.

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

1. **Transfer of Ownership.** The Grantor grants and conveys (transfers ownership of) the property (called the "Property") described below to the Grantee. This transfer is made for the sum of $60,375.00 (SIXTY THOUSAND THREE HUNDRED SEVENTY-FIVE AND 00/100 U.S. Dollars)
The Grantor acknowledges receipt of this money.

2. **Tax Map Reference.** (N.J.S.A. 46:15-1.1) Municipality of Deptford Township
Block No. 425        Lot No. 16 & 17   Qualifier No.       Account No.
☐ No lot and block or account number is available on the date of this Deed. (Check Box if Applicable)

3. **Property.** The Property consists of the land and all the buildings and structures on the land in the Township of Deptford, County of Gloucester and State of New Jersey. The legal description is:
☒ Please see attached Legal Description annexed hereto and made a part hereof. (Check Box if Applicable)

Being the same lands and premises vested unto The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset Backed Certificates, Series 2007-13, by Deed from Carmel M. Morina, Sheriff of the County of Gloucester, in the State of New Jersey, dated October 24, 2018 and recorded February 12, 2019 in Deed Book DB 6033, page 114 in the Gloucester County Clerk's/Register's Office.

The street address of the Property is: 721 Glenside Drive, Mantua, NJ 08051.

| American Land Title Association | Commitment for Title Insurance |
|---|---|
| | Adopted 6-17-06 Revised 08-01-2016 |

## SCHEDULE A
### (continued)

File No. R19-0322

### LEGAL DESCRIPTION

ALL that (those) certain lot(s), tract(s) or parcel(s) of land, with the buildings and improvements thereon erected, situate, lying and being in the Township of Deptford, County of Gloucester, and State of New Jersey and is bounded and described as follows:

BEGINNING at a point in the Southeast line of Woodland Avenue (40.00 feet wide); said point being located 654.30 feet from the Southeasterly line of Grove Avenue (40.00 feet wide); thence

1. Southwestwardly along the Southeasterly line of Woodland Avenue 102.00 feet to a point in the division line between Lots 16 and 17; thence

2. Southeastwardly along the aforesaid division line and forming an interior angle of 82 degrees 43 minutes 20 seconds the distance of 195.26 to a point; thence

3. Northeastwardly at Right angles to the previous course the distance of 101.22 feet to a point in the division line between Lots 15 and 14; thence

4. Northwestwardly along aforesaid division line the distance of 182.295 feet to a point in the Southeasterly line of Woodland Avenue and the point and place of BEGINNING.

FOR INFORMATIONAL PURPOSES ONLY: BEING known as Tax Lot 16, 17, in Tax Block 425, on the Official Tax Map of the Township of Deptford.

FOR INFORMATIONAL PURPOSES ONLY: The mailing address is: 721 Glenside Drive, Mantua, New Jersey 08051.

This page is only a part of a 2016 ALTA® Commitment for Title Insurance issued by Old Republic National Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I—Requirements; Schedule B, Part II—Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.

NEW JERSEY LAND TITLE
INSURANCE RATING BUREAU

NJRB 3-09
Last Revised: 05/23/17

Premises: 721 Glenside Drive, Mantua, NJ 08051

4. **Promises by Grantor.** The Grantor promises that the Grantor has done no act to encumber the Property. This promise is called a "covenant as to grantor's acts" (N.J.S.A. 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the Property (such as by making a mortgage or allowing a judgment to be entered against the Grantor).

5. **Signatures.** The Grantor signs this Deed as of the date at the top of the first page. (Print name below each signature.)

Witnessed By:

_Wanda Nly_ (signature)

The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset Backed Certificates, Series 2007-13 by NewRez LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, as Attorney-in-Fact

By: _____ (Seal)
Name: Joel Fowler
Title: AVP

STATE OF _SC_
COUNTY OF _Greenville_ SS:

I certify that on _8·1_, 2019, _Joel Fowler_ personally came before me and this person acknowledged under oath, to my satisfaction, that:

(a) this person is the _AVP_ of NewRez LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, as Attorney-in-Fact for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset Backed Certificates, Series 2007-13, the entity named in this deed;

(b) this document was signed, sealed, and delivered by the entity as its voluntary act duly authorized by a proper resolution; and

(c) executed this Deed for $60,375.00 as the full and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5)

RECORD AND RETURN TO:

[Notary Seal: PHILIP B. BROWN, COMMISSION EXPIRES 3/23/2028, NOTARY PUBLIC, SOUTH CAROLINA]

By: _____
Name: Philip B Brown
Title: Notary Public
South Carolina
Expires 3/23/2028

State of New Jersey
**SELLER'S RESIDENCY CERTIFICATION/EXEMPTION**

GIT/REP-3
(9-2015)

### SELLER(S) INFORMATION

Name(s)
The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset Backed Certificates, Series 2007-13 by NewRez LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, as Attorney-in-Fact

Current Resident Address:
2001 Ross Avenue, Suite 2800

| City, Town, Post Office | State | Zip Code |
|---|---|---|
| Dallas | TX | 75201 |

### PROPERTY INFORMATION

| Block(s) | Lot(s) | Qualifier |
|---|---|---|
| 425 | 16 & 17 | |

Street Address:
721 Glenside Drive

| City, Town, Post Office | State | Zip Code |
|---|---|---|
| Mantua | NJ | 08051 |

| Seller's Percentage of Ownership | Total Consideration | Owner's Share of Consideration | Closing Date |
|---|---|---|---|
| 100% | $60,375.00 | $60,375.00 | |

### SELLER ASSURANCES (Check the Appropriate Box) (Boxes 2 through 10 apply to Residents and Non-Residents)

1. ☐ Seller is a resident taxpayer (individual, estate or trust) of the State of New Jersey pursuant to the New Jersey Gross Income Tax Act, will file a resident gross income tax return, and will pay any applicable taxes on any gain or income from the disposition of this property.
2. ☐ The real property sold or transferred is used exclusively as a principal residence as defined in 26 U.S. Code section 121.
3. ☐ Seller is a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.
4. ☐ Seller, transferor or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.
5. ☑ Seller is not an individual, estate or trust and as such not required to make an estimated gross income tax payment.
6. ☐ The total consideration for the property is $1,000 or less and as such, the seller is not required to make an estimated income tax payment.
7. ☐ The gain from the sale will not be recognized for Federal income tax purposes under 26 U.S. Code section 721, 1031, 1033 (CIRCLE THE APPLICABLE SECTION). If the indicated section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey income tax return for the year of the sale and report the recognized gain.   ☐ Seller did not receive non-like kind property.
8. ☐ The real property is being transferred by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this State.
9. ☐ The real property being sold is subject to a short sale instituted by the mortgagee, whereby the seller has agreed not to receive any proceeds from the sale and the mortgagee will receive all proceeds paying off an agreed amount of the mortgage.
10. ☐ The deed being recorded is a deed dated prior to (August 1, 2004), and was not previously recorded.
11. ☐ The real property is being transferred under a relocation company transaction where a trustee of the relocation company buys the property from the seller and then sells the house to a third party buyer for the same price.
12. ☐ The real property is being transferred between spouses or incident to a divorce decree or property settlement agreement under 26 U.S. Code section 1041.
13. ☐ The property transferred is a cemetery plot.
14. ☐ The seller is not receiving net proceeds from the sale. Net proceeds from the sale means the net amount due to the seller on the settlement sheet.

### SELLER(S) DECLARATION

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein could be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete. By checking this box ☑ I certify that the Power of Attorney to represent the seller(s) has been previously recorded or is being recorded simultaneously with the deed to which this form is attached.

8·1·19
Date

Signature
(Seller) Please indicate if Power of Attorney or Attorney in Fact

_____
Date

_____
Signature
(Seller) Please indicate if Power of Attorney or Attorney in Fact

Prepared by: Mary L. Harbert-Bell, Esquire                    (For Recorder's Use Only)

# Deed

This Deed is made on _____ 8·1 _____, 2019
**BETWEEN**
The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset Backed Certificates, Series 2007-13, by NewRez LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, as Attorney-in-Fact by Power of Attorney dated April 12, 2019 and recorded June 18, 2019 in Book DB 6106, Page 174 in the Gloucester County Clerk's/Register's Office
**Whose post office address is**
2001 Ross Avenue, Suite 2800, Dallas, TX 75201
Referred to as the **Grantor**,

**AND**
Curtis Edward Barlow
**Whose post office address is**
1505 Broad Run Road, Landenberg, PA 19350
Referred to as the **Grantee**.

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

1.  **Transfer of Ownership.**   The Grantor grants and conveys (transfers ownership of) the property (called the "Property") described below to the Grantee. This transfer is made for the sum of $60,375.00 (SIXTY THOUSAND THREE HUNDRED SEVENTY-FIVE AND 00/100 U.S. Dollars)
The Grantor acknowledges receipt of this money.

2.  **Tax Map Reference.**        (N.J.S.A. 46:15-1.1) Municipality of Deptford Township
Block No. 425            Lot No. 16 & 17    Qualifier No.        Account No.
☐ No lot and block or account number is available on the date of this Deed. (Check Box if Applicable)

3.  **Property.**   The Property consists of the land and all the buildings and structures on the land in the Township of Deptford, County of Gloucester and State of New Jersey. The legal description is:
☒ Please see attached Legal Description annexed hereto and made a part hereof. (Check Box if Applicable)

Being the same lands and premises vested unto The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset Backed Certificates, Series 2007-13, by Deed from Carmel M. Morina, Sheriff of the County of Gloucester, in the State of New Jersey, dated October 24, 2018 and recorded February 12, 2019 in Deed Book DB 6033, page 114 in the Gloucester County Clerk's/Register's Office.

The street address of the Property is: 721 Glenside Drive, Mantua, NJ 08051.

Premises: 721 Glenside Drive, Mantua, NJ 08051

4. **Promises by Grantor.** The Grantor promises that the Grantor has done no act to encumber the Property. This promise is called a "covenant as to grantor's acts" (N.J.S.A. 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the Property (such as by making a mortgage or allowing a judgment to be entered against the Grantor).

5. **Signatures.** The Grantor signs this Deed as of the date at the top of the first page. (Print name below each signature.)

The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset Backed Certificates, Series 2007-13 by NewRez LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, as Attorney-in-Fact

Witnessed By:

By: _____ (Seal)
Name: Joel Fowler
Title: AVP

STATE OF _____SC_____
COUNTY OF __Greenville__ SS:

I certify that on __8·1__, 2019, __Joel Fowler__ personally came before me and this person acknowledged under oath, to my satisfaction, that:
(a) this person is the __AVP__ of NewRez LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, as Attorney-in-Fact for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset Backed Certificates, Series 2007-13, the entity named in this deed;
(b) this document was signed, sealed, and delivered by the entity as its voluntary act duly authorized by a proper resolution; and
(c) executed this Deed for $60,375.00 as the full and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5)

RECORD AND RETURN TO:

By: _____
Name: Philip B Brown
Title: Notary Public
South Carolina
Expires 3/23/2028

GIT/REP-3
(9-2015)

# State of New Jersey
## SELLER'S RESIDENCY CERTIFICATION/EXEMPTION

### SELLER(S) INFORMATION

**Name(s)**
The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset Backed Certificates, Series 2007-13 by NewRez LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, as Attorney-in-Fact

**Current Resident Address:**
2001 Ross Avenue, Suite 2800

| City, Town, Post Office | State | Zip Code |
|---|---|---|
| Dallas | TX | 75201 |

### PROPERTY INFORMATION

| Block(s) | Lot(s) | Qualifier |
|---|---|---|
| 425 | 16 & 17 | |

**Street Address:**
721 Glenside Drive

| City, Town, Post Office | State | Zip Code |
|---|---|---|
| Mantua | NJ | 08051 |

| Seller's Percentage of Ownership | Total Consideration | Owner's Share of Consideration | Closing Date |
|---|---|---|---|
| 100% | $60,375.00 | $60,375.00 | |

### SELLER ASSURANCES (Check the Appropriate Box) (Boxes 2 through 10 apply to Residents and Non-Residents)

1. ☐ Seller is a resident taxpayer (individual, estate or trust) of the State of New Jersey pursuant to the New Jersey Gross Income Tax Act, will file a resident gross income tax return, and will pay any applicable taxes on any gain or income from the disposition of this property.

2. ☐ The real property sold or transferred is used exclusively as a principal residence as defined in 26 U.S. Code section 121.

3. ☐ Seller is a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.

4. ☐ Seller, transferor or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.

5. ☒ Seller is not an individual, estate or trust and as such not required to make an estimated gross income tax payment.

6. ☐ The total consideration for the property is $1,000 or less and as such, the seller is not required to make an estimated income tax payment.

7. ☐ The gain from the sale will not be recognized for Federal income tax purposes under 26 U.S. Code section 721, 1031, 1033 (CIRCLE THE APPLICABLE SECTION). If the indicated section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey income tax return for the year of the sale and report the recognized gain.   ☐ Seller did not receive non-like kind property.

8. ☐ The real property is being transferred by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this State.

9. ☐ The real property being sold is subject to a short sale instituted by the mortgagee, whereby the seller has agreed not to receive any proceeds from the sale and the mortgagee will receive all proceeds paying off an agreed amount of the mortgage.

10. ☐ The deed being recorded is a deed dated prior to (August 1, 2004), and was not previously recorded.

11. ☐ The real property is being transferred under a relocation company transaction where a trustee of the relocation company buys the property from the seller and then sells the house to a third party buyer for the same price.

12. ☐ The real property is being transferred between spouses or incident to a divorce decree or property settlement agreement under 26 U.S. Code section 1041.

Doc#1576 Bk:DB Vol:195 Pg:106

| American Land Title Association | Commitment for Title Insurance |
|---|---|
| | Adopted 6-17-06 Revised 08-01-2016 |

## SCHEDULE A
(continued)

File No. R19-0322

### LEGAL DESCRIPTION

ALL that (those) certain lot(s), tract(s) or parcel(s) of land, with the buildings and improvements thereon erected, situate, lying and being in the Township of Deptford, County of Gloucester, and State of New Jersey and is bounded and described as follows:

BEGINNING at a point in the Southeast line of Woodland Avenue (40.00 feet wide); said point being located 654.30 feet from the Southeasterly line of Grove Avenue (40.00 feet wide); thence

1. Southwestwardly along the Southeasterly line of Woodland Avenue 102.00 feet to a point in the division line between Lots 16 and 17; thence

2. Southeastwardly along the aforesaid division line and forming an interior angle of 82 degrees 43 minutes 20 seconds the distance of 195.26 to a point; thence

3. Northeastwardly at Right angles to the previous course the distance of 101.22 feet to a point in the division line between Lots 15 and 14; thence

4. Northwestwardly along aforesaid division line the distance of 182.295 feet to a point in the Southeasterly line of Woodland Avenue and the point and place of BEGINNING.

FOR INFORMATIONAL PURPOSES ONLY: BEING known as Tax Lot 16, 17, in Tax Block 425, on the Official Tax Map of the Township of Deptford.

FOR INFORMATIONAL PURPOSES ONLY: The mailing address is: 721 Glenside Drive, Mantua, New Jersey 08051.

This page is only a part of a 2016 ALTA® Commitment for Title Insurance issued by Old Republic National Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I—Requirements; Schedule B, Part II—Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.

NEW JERSEY LAND TITLE INSURANCE RATING BUREAU

NJRB 3-09
Last Revised: 05/25/17