## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GOEATED LTD. | : |
| | : |
| v. | : NO. 22-CV-4903 SWR |
| | : |
| CURTIS EDWARD BARLOW, JR. and | : |
| 484 ENTERTAINMENT LLC. | : |

# O R D E R

AND NOW, this 27th day of June, 2025, upon consideration of Plaintiff's Motion for Partial Summary Judgment, docketed in this action as ECF Doc. No. 72, the response thereto, and for the reasons set forth in my Opinion of this date, it is hereby ORDERED that the Motion is GRANTED;

Summary judgment is granted on Count I of Plaintiff's Complaint, against defendant Curtis Edward Barlow, Jr., only, in the amount of $1,275,000.000 (one million, two hundred and seventy-five thousand dollars, and no cents).

All other counts in the Complaint remain unresolved in this case.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE